Office of the Clerk
United States Court of Appeals
95 Seventh St.
San Francisco, CA 94119

May 13, 2026
Re: <u>United States V. Leonard George;</u>
<u>Case No. 23-cr-01291-twr, Appeal Case No. 24-6570</u>

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 2 6 2026

FILED _____
DOCKETED_____
DATE          INITIAL

Dear Sir/Madam:

Please provide the undersigned defendant with a copy of the docket sheet in the above styled case(s), reflecting any and all activity up to and including the date this letter was received in your office.
If compliance with this request requires a prepayment of funds please advise the undersigned of the cost and to whom the money order should be addressed.

Thank you for your attention to this request; your assistance is greatly appreciated. A self-addressed, stamped envelope has been provided for your convenience.

Respectfully Requested

Leonard George
09346-506
Federal Correctional Institution
P.O. Box 7000
Texarkana, Tx