# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 14. Motion for Extension of Time

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form14instructions.pdf](http://www.ca9.uscourts.gov/forms/form14instructions.pdf)

**9th Cir. Case Number(s)** | 24-6570

**Case Name** | USA v. George

Requesting Party Name(s) | USA

I am:  ○ The party requesting the extension.

⦿ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

☒ Brief (you must also complete the Declaration on page 3)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Motion for reconsideration
☐ Petition for panel/en banc rehearing
☐ Certified Administrative Record
☐ Response to court order dated [          ]
☐ Other *(you must describe the document)*

[                                                                          ]

The requested new due date is: | Oct 13, 2026

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

Please see attached.

**Signature** | s/Nicholas W. Pilchak    **Date** | Aug 10, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)

**Form 14** | *1* | *Rev. 12/01/2018*

---

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

---

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

◉ I have previously requested an extension of time to file the document.

This motion is my | fourth | request.

*(Examples: first, second)*

Bail/detention status (*select one*):

◉ The defendant is incarcerated. The projected release date is: | 9/20/2042 | .

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** | s/Nicholas W. Pilchak | **Date** | Aug 10, 2026 |

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**        2        *Rev. 12/01/2018*

> **Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
> *Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the | answering | brief.

   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: | Aug 14, 2026 |

3. The brief's first due date was: | May 15, 2026 |

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   See above.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** | s/Nicholas W. Pilchak | **Date** | Aug 10, 2026 |

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

I request additional time to file the answering brief in this post-trial appeal. I have reviewed the trial record in detail and corresponded with appellant's counsel about the facts and procedure surrounding one of the issues he challenges. Based on that correspondence, I expect that appellant's counsel will withdraw his opening brief and file an amended brief. Since my prior extension request, I have been in regular contact with appellant's counsel and understand that he has not yet been able to file his amended brief, due to the press of business, but still expects to do so. Most recently, appellant's counsel confirmed on August 4, 2026 that he still intends to withdraw and refile. Prior confirmations were dated July 6, June 22, and June 10, 2026. I understand that, during this period, appellant's counsel had a short-set trial in Los Angeles, as well as other complex filing deadlines.

If appellant's counsel does not withdraw and refile, I request an addition 60 days to prepare and submit the answering brief. I have worked diligently to examine the record and correspond with opposing counsel. I have recently filed an answering brief in case number 25-8073 and prepared and presented oral argument in case number 25-1409. I am also currently supervising ongoing grand jury investigations in multiple white-collar matters, including recently taking testimony, and I have made appearances in the district court in several criminal matters. Going forward, I have an answering brief due August 20 in case number 25-7188. I am also preparing for a multi-week securities fraud re-trial set to begin August 24, 2026 in the district court, where we recently litigated approximately 20 motion *in limine* and a multi-pronged motion to dismiss.